UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RANDY MAYFIELD CURRY-HOWARD,

       Petitioner,                                 Case No.  2:16-CV-159

v.                                        HON. GORDON J. QUIST

KATHLEEN OLSON,

       Respondent.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's September 30, 2016 Report and Recommendation recommending that Petitioner's habeas corpus petition be denied as barred by the one-year statute of limitations.  The Report and Recommendation was duly served on Petitioner on September 30, 2016.  No objections have been filed pursuant to 28 U.S.C. § 636(b).  Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the September 30, 2016 Report and Recommendation (ECF No. 4) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** because it is barred by the one-year statute of limitations.

This case is **concluded**.

Dated:  October 20, 2016                         /s/ Gordon J. Quist
                                          GORDON J. QUIST
                                    UNITED STATES DISTRICT JUDGE